■ PETER PANAGIS et al., Respondents, v JOHN S. VLATTAS et al., Appellants, et al., Defendant. [774 NYS2d 808]—In an action to recover damages for personal injuries, etc., the defendants John S. Vlattas, Christopher Kyriakides, and Sports Medicine & Orthopedic Rehabilitation Center appeal from an order of the Supreme Court, Queens County (Hart, J.), dated March 10, 2003, which denied their motion for summary judgment dismissing the complaint insofar as asserted against them.

Ordered that the order is affirmed, with costs.

There are issues of fact requiring the denial of summary judgment. Ritter, J.P., H. Miller, Goldstein and Mastro, JJ., concur.

■ VAGIOS PEPPAS et al., Appellants, v CITY OF NEW YORK, Respondent. [774 NYS2d 798]—

In an action to recover damages for personal injuries, the plaintiffs appeal from an order of the Supreme Court, Queens County (Flug, J.), dated January 27, 2003, which denied their motion for summary judgment on the issue of liability on the causes of action pursuant to Labor Law § 240 (1) with leave to renew after the completion of discovery.

Ordered that the order is affirmed, with costs.

The determination of the Supreme Court to deny the plaintiffs' motion for summary judgment with leave to renew after the completion of discovery was a provident exercise of its discretion (*see Destin v New York City Tr. Auth.,* 303 AD2d 713 [2003]; *Rajan v Insler,* 300 AD2d 463 [2002]). Further, we note that the "LIRR Engineer Department's Bridge Reference Manual" abstract which the plaintiffs submitted as proof that the defendant owned the site of the accident was not evidence in admissible form as a business record (*see* CPLR 4518 [a]; *Matter of Gregory M.,* 184 AD2d 252, 254 [1992], *affd* 82 NY2d 588 [1993]). Ritter, J.P., H. Miller, Goldstein and Mastro, JJ., concur.